# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM VELASQUEZ,<br><br><br>                          Plaintiff,<br><br>    v.<br><br>UNIVERSITY MEDICAL CENTER,<br>et al.,<br><br><br><br><br>                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:08-cv-00009 LJO GSA<br><br>ORDER REQUIRING PLAINTIFF TO<br>SUBMIT APPLICATION TO PROCEED IN<br>FORMA PAUPERIS **OR** PAY FILING FEE |

       Plaintiff, a state prisoner proceeding pro se, filed the instant action on January 2, 2008.

However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee.

       Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma

pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30)

days of the date of service of this order. Failure to comply with this order will result in a

recommendation that this action be dismissed.

       The Clerk of the Court shall send Plaintiff the appropriate application.

     IT IS SO ORDERED.

**Dated:**   **January 16, 2008**           **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE