IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM VELASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY MEDICAL CENTER, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:08-cv-00009-LJO-GSA<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE FROM A REGULAR CIVIL RIGHTS CASE TO A PRISONER CIVIL RIGHTS CASE<br><br>**New Case Number**<br>**1:08-cv-00009-LJO-GSA-PC** |

　　　　On January 2, 2008, plaintiff Kim Velasquez ("plaintiff") filed the complaint which commenced this action. (Doc. 1.) The Clerk of the Court designated the action as a civil rights action pursuant to 42 U.S.C. § 1983 Civil Rights Act, Nature of Suit 440 Civil Rights: Other. On February 2, 2008, the court dismissed the complaint, with leave to amend, for failure to state a claim upon which relief could be granted under § 1983. (Doc. 10.) On March 3, 2008, plaintiff filed the first amended complaint (Doc. 18.), and on March 4, 2008, plaintiff filed a supplement to the first amended complaint. (Doc. 19.)

　　　　In the first amended complaint, plaintiff alleges violations of his civil rights by defendants while he was in the custody of the California Department of Corrections. Plaintiff is currently incarcerated at the California Substance Abuse Treatment Facility in Corcoran, California. Upon further review by the court, it has been determined that the present action involves state prison conditions of confinement, and the court hereby construes the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect

that of a prisoner civil rights action pursuant to 42 U.S.C. § 1983, with Nature of Suit 550, and to reflect this designation by addition of a PC to the case number.

      Plaintiff is advised that the new case number shall be **1:08-cv-00009-LJO-GSA-PC**, and all future pleadings and/or correspondence must be so numbered.  Plaintiff is advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

  IT IS SO ORDERED.

  **Dated:**   **March 25, 2008**             **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE